IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:22-MJ-00167-2-SAB |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| DARLENE VIERA, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Barbara H. O'Neill be appointed to represent the above defendant in this case effective *nunc pro tunc* to November 3, 2022.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **November 8, 2022**          /s/ Barbara A. McAuliffe
                                                               UNITED STATES MAGISTRATE JUDGE

-1-