PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00306-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARLENE CRYSTAL VIERA, | CURRENT DATE: October 18, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 18, 2023.

2. The Court issued a minute order directing the parties to set a trial date either by stipulation or agreement on the record by October 11, 2023.

3. By this stipulation, defendant now moves to vacate the status conference and set a jury trial for August 20, 2024 before the Honorable Jennifer L. Thurston, and to exclude time between October 18, 2023, and August 20, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government asserts the discovery associated with this case includes reports,

photographs, and recordings; initial discovery has been provided to defense counsel and the government anticipates significant additional discovery will be produced. The government is aware of its ongoing discovery obligations.

      b)     Counsel for defendant desire time to further discuss trial strategy, possibly defenses, and further investigation that may be necessary, as well as to finalize plea discussions with her client and has accounted for scheduling conflicts to reach the proposed date.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2023 to August 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 11, 2023         PHILLIP A. TALBERT
                                United States Attorney

                                /s/ KIMBERLY A. SANCHEZ
                                KIMBERLY A. SANCHEZ
                                Assistant United States Attorney


Dated: October 11, 2023         /s/ BARBARA HOPE O'NEILL
                                BARBARA HOPE O'NEILL
                                Counsel for Defendant
                                DARLENE CRYSTAL VIERA


**ORDER**

IT IS SO ORDERED.

DATED:   10/12/2023             *Sheila K. Oberto*
                                Hon. Sheila K. Oberto
                                U.S. Magistrate Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3