PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00306-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARLENE CRYSTAL VIERA, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 20, 2024. ECF 48.

2. By this stipulation, defendant now moves to vacate the trial and schedule a change of plea for and to exclude time between August 20, 2024, and December 2, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts the discovery associated with this case includes reports, photographs, and recordings; initial discovery has been provided to defense counsel and the government anticipates significant additional discovery will be produced. The government is

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

aware of its ongoing discovery obligations.

  b) Ms. Viera is currently enrolled in an in-patient treatment program. She is performing well and is scheduled to graduate in late November 2024. Ms. Viera desires to complete the in patient program before entering a change of plea and being sentencing so the Court can consider her successful completion at sentencing. Therefore, counsel for defendant requests the Court schedule a change of plea for December 2, 2024, to account for Ms. Viera completing the program.

  c) Counsel for the parties are engaged in active plea negotiations and believe this case will resolve short of trial. Counsel for defendant proposed some new terms to the Government on June 25,2024, that the Government is reviewing.

  d) Counsel for defendant desire time to further discuss trial strategy, possibly defenses, and further investigation that may be necessary, as well as to finalize plea discussions with her client and has accounted for scheduling conflicts to reach the proposed date.

  e) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2024 to December 2, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

    IT IS SO STIPULATED.

Dated: June 26, 2024                        PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ ARIN C. HEINZ
                                              ARIN C. HEINZ
                                              Assistant United States Attorney

Dated: June 26, 2024                        /s/ BARBARA HOPE O'NEILL
                                              BARBARA HOPE O'NEILL
                                              Counsel for Defendant
                                              DARLENE CRYSTAL VIERA

## FINDINGS AND ORDER

    IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **June 30, 2024**                               UNITED STATES DISTRICT JUDGE