1  Barbara Hope O'Neill  #102968
   Attorney at Law
2  Post Office Box 11825
   Fresno, California 93775
3  Telephone: (559) 459-0655
    Fax: (559) 459-0656
4
   Attorney for Darlene Viera
5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE No: 1:22-CR-00306 JLT-SKO

12              Plaintiff,
                                         STIPULATION TO ALLOW
13                                        DEFENDANT TO ACCOMPANY
                                          HER MINOR DAUGHTER
    DARLENE CRYSTAL VIERA,
14                                        DURING CANCER TREATMENT

15                                        ORDER ATTACHED

            Defendant.
16

17
                            HISTORY OF CASE
18

19
      Darlene Viera was released on November 21, 2023 to Keepers Transformation House in
20
    Bakersfield, California. This is a year-long program.  She is scheduled to graduate from the
21
    program on December 7, 2024.  She has been in compliance with all their rules.
22
      Ms. Viera's minor daughter has been diagnosed with cancer.  She has been attending her
23
    daughter's medical appointments in Madera at Valley Children's Hospital.  Her daughter needs to
24  have proton radiation and chemo treatment and is scheduled for this procedure from October 3,

25  2024 to November 16, 2024.  The treatment will be done at Rady Children's Hospital in San

    Diego, California.
26
      The first four days, Darlene Viera and her daughter will be at Rady Children's Hospital.  Her
27
    social worker (Karina) from Valley Children's Hospital in Madera is assisting with this.  There is
28
    no one else who can be there.  The social worker is coordinating where they would be staying.

                                        1

1   Either the Ronald McDonald House in San Diego or La Jolla in San Diego.  Pretrial services have

2   no object to this stipulation.

3

4        IT IS STIPULATED BY THE PARTIES that Darlene Viera be allowed to leave her program,

5   Keepers Transformation House in Bakersfield, California, and accompany her minor daughter to

6   San Diego for cancer treatment.  The treatment is from October 3, 2024 to November 16, 2024.

    At the end of this treatment, she would return to her program in Bakersfield.

7

8

9

10  DATED:  September 27, 2024

11
                                                s/s Arin Heinz
12                                              Arin Heinz
                                         Assistant United States Attorney
13

14

15

16                                        /s/Barbara Hope O'Neill
                                          Barbara Hope O'Neill
17                                     Attorney for Darlene Crystal Viera

18

19

20                              ORDER

21

22
    IT IS  SO ORDERED.

    Dated:   **October 2, 2024**              /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE

23

24

                                          2