1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO.  1:22-CR-306-JLT-2

                        Plaintiff,     | ORDER TO DISMISS CASE
12
                   v.
13
   DARLENE VIERA,
14
                        Defendants.
15

16

17      Pursuant to the Government's request under Federal Rule of Criminal Procedure 48, the Court

18 hereby GRANTS the Government's motion and gives the Government leave to dismiss the indictment in

19 this matter without prejudice as against defendant Darlene Viera.

20 IT IS SO ORDERED.

21    Dated:   **November 19, 2024**

22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                          1